THE PEOPLE OF THE STATE OF NEW YORK ex rel. STANDARD OIL COMPANY OF NEW YORK, Appellant, *v.* MARTIN SAXE et al., Constituting the STATE TAX COMMISSION, Respondents.

*People ex rel. Standard Oil Co. of N. Y.* v. *Saxe,* 179 App. Div. 721, affirmed.

(Argued November 15, 1917; decided December 4, 1917.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered October 25, 1917, which confirmed a determination of the state tax commission assessing a franchise tax against the relator for the year ending October 31, 1915. The claim of the relator was that it was exempt from the payment of such tax by the provisions of section 183 of the Tax Law, for the reason that it was a manufacturing corporation which had " at least forty per centum of the capital stock * * * invested in property in this state and used by it in its * * * manufacturing * * * business in this state."

*Edward H. Letchworth, Martin Carey* and *Daniel J. Kenefick* for appellant.

*Merton E. Lewis, Attorney-General (Harold J. Hinman* and *Claude T. Davies* of counsel) for respondents.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, CUDDEBACK, CARDOZO, McLAUGHLIN, CRANE and ANDREWS, JJ.